# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CAROL KOSBERG,** as Trustee U/T/D 2-23-90, and **MICHAEL SCHARF,**
Appellants,

v.

**TOWN OF PALM BEACH,** a Municipal Corporation of the State of
Florida, **DOROTHY JACKS,** as Palm Beach County Property Appraiser,
and **ANNE M. GANNON,** as Tax Collector of Palm Beach County, Florida,
Appellees.

No. 4D19-3939

[January 28, 2021]

Appeal of non-final order from the Circuit Court for the Fifteenth
Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No.
502017CA008420XXXXMB.

William J. Berger, Henry B. Handler, and David K. Friedman of Weiss,
Handler and Cornwell, P.A., Boca Raton, for appellants.

Joanne M. O'Connor, John C. Randolph, and Robert W. Wilkins of
Jones Foster, P.A., West Palm Beach, and Richard J. Miller and Michael
De Simone of Locke Lord LLP, West Palm Beach, for appellee Town of Palm
Beach.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***